ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: August 7, 2019  
START: 11:40 am  
END: 12:10 pm

DOCKET NO: **19-cv-02987**

CASE: Ruderman v. Law Office of Yuriy Prakhin, P.C. et al

- ☑ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Inessa Huot |
|  | Alex Hartzband |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Edgar Rivera |
|  |  |
|  |  |

- ☐ **FACT** DISCOVERY TO BE COMPLETED BY February 7, 2020
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Initial disclosures shall be completed by August 14, 2019.

By September 20, 2019, the parties shall file a joint letter-motion requesting either a deadline for filing their stipulation of discontinuance or the scheduling of a settlement conference or court-annexed mediation.

Pleadings may be amended until September 30, 2019.

Expert disclosures shall be served by March 16, 2020; expert depositions shall be completed by April 13, 2020. Requests for a premotion conference are due by April 21, 2020.