ROANNE L. MANN  DATE: December 16, 2019
UNITED STATES MAGISTRATE JUDGE  START: 2:10 p.m.
 END: 4:10 p.m.

DOCKET NO: 19-cv-2987

CASE: Ruderman v. Law Office of Yuriy Prakhin, P.C. et al

☐ INITIAL CONFERENCE ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
☒ SETTLEMENT CONFERENCE ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Innessa Huot |
| | Alex Hartzband |
| | w/ plaintiff Ruderman |

| DEFENDANT | ATTORNEY |
|---|---|
| | Edgar Rivera |
| | w/ def. Prakhin |
| | |

☐ _____ DISCOVERY TO BE COMPLETED BY _____
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's settlement proposal by December 17, 2019.