**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**YELENA RUDERMAN,**

                Plaintiff,                                     **ORDER**

                -against-                                     19-CV-2987 (RJD)

**LAW OFFICE OF YURIY PRAKHIN, P.C. et al,**

                Defendants.
-----------------------------------------------------------------x
**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      All parties have now responded to the Court's settlement proposal.  Unfortunately, there is no settlement.  The parties should comply with the schedule previously set by the Court.

      **SO ORDERED.**

**Dated:**    Brooklyn, New York
             December 18, 2019

                                             /s/  *Roanne L. Mann*
                                          **ROANNE L. MANN**
                                          **CHIEF UNITED STATES MAGISTRATE JUDGE**