AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____ **District of** _____New York_____

Yelena Ruderman
              Plaintiff (s),

V.

Law Office of Yuriy Prakhin and Yuriy Prakhin
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 19 CV 2987

Notice is hereby given that, subject to approval by the court, __Defendants__ substitutes
(Party (s) Name)

__Mary Ellen Donnelly of Putney, Twombly, Hall & Hirson LLP__ , State Bar No. __2452506__ as counsel of record in
(Name of New Attorney)

place of __Edgar M. Rivera and Walker G. Harman, Jr. of The Harman Firm, LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Putney, Twombly, Hall & Hirson LLP
    Address:      521 5th Ave 10th floor, New York, NY 10175
    Telephone:      (212) 682-0020     Facsimile (212) 682-9380
    E-Mail (Optional):      mdonnelly@putneylaw.com

I consent to the above substitution.

Date:      2/20/2020

              (Signature of Party (s))

I consent to being substituted.

Date:      2/18/2020

Edgar M. Rivera     Digitally signed by Edgar M. Rivera
               Date: 2020.02.18 07:47:31 -05'00'

              (Signature of Former Attorney (s))

I consent to the above substitution.

Date:      2/20/2020

Mary Ellen Donnelly

              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**