| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** February 22, 2021 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 3:00 p.m. |
| | **END:** 5:30 p.m. |

**DOCKET NO:** 19-cv-2987 (RJD)

**CASE** Ruderman v. Law Office of Yuriy Prakhin, P.C. et al

☐ INITIAL CONFERENCE ☐ OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE X TELEPHONE CONFERENCE
X MOTION HEARING ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Innessa Huot, Alex Hartzband |

**DEFENDANTS**

| | ATTORNEY |
|---|---|
| | Nicole Price |

☐ FACT DISCOVERY TO BE COMPLETED BY _____
☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Argument heard regarding [45], [47] parties' cross-motions to compel.

Defendants' [45] motion to compel is granted in limited part, as follows. By March 8, 2021, plaintiff's counsel must submit a sworn statement explaining the reason for the delay in production of plaintiff's Google Hangout instant messages, including how those messages were discovered and where they were retrieved from. Counsel's statement should also confirm that prior counsel was advised that plaintiff's cellphone had been stolen. In addition, by March 8, 2021, plaintiff must produce her invoices, designated as confidential, redacting only the client's name and, on three invoices, information claimed to be privileged, which must be added to plaintiff's privilege log.

Plaintiff's [47] motion to compel is also granted in limited part, to the following extent. Regarding the documents withheld as privileged, defendants must support their assertions of privilege, by March 8, 2021, with sworn statements containing specific facts concerning the purpose for which the documents were created. Defendants must identify their non-testifying retained experts by March 1, 2021 and produce their communications with those experts they did not retain. Plaintiff's objections to defendants' production concerning the Grievance Committee investigation are overruled. By March 8, 2021, defendants must produce June through September 2018 SAGA entries of plaintiff and her comparators, and plaintiff's SAGA entries from the one-year period prior to her termination, at a copying rate of $90 per hour to be paid by plaintiff. Finally, the parties must file a joint status report by March 8, 2021 regarding the search conducted for internal messages from all of defendants' custodians.