# **EXHIBIT 4**

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   Index No. 1:19-cv-2987
 5   ------------------------------------------x
     YELENA RUDERMAN,
 6
                              Plaintiff,
 7
            - against -
 8
 9   LAW OFFICE OF YURIY PRAKHIN, P.C., and
     YURIY PRAKHIN, in both his individual and
10   professional capacities,
11                            Defendants.
     ------------------------------------------x
12                      November 13, 2020
                        9:32 a.m.
13
14          DEPOSITION of Defendant LAW
     OFFICE OF YURIY PRAKHIN, P.C., by IRENE
15   RASKIN, pursuant to Fed. R. Civ. P.
     30(b)(6) Deposition Notice, taken by the
16   Plaintiff, held via Zoom Video
     Conferencing, before Abner D. Berzon, a
17   Registered Professional Reporter,
     Certified Realtime Reporter and Notary
18   Public of the State of New York, via Zoom
     Video Conferencing.
19
20
21
22
23
24
25
```

Page 108

1              RASKIN
2      record.)
3  BY MR. HARTZBAND:
4      Q.    Ms. Raskin, so Ms. Larssen's and
5  Ms. Belous's job duties were the same as
6  any other paralegal, except they were
7  assigned to Ms. Ruderman; right?
8      A.    Correct.
9      Q.    And Ms. Ruderman, just like any
10 other attorney, was given discretion to
11 assign tasks to paralegals as she saw fit;
12 right?
13     A.    Correct.
14     Q.    Okay.  We're gonna do another
15 30(b)(6) topic, Ms. Raskin.  The firm has
16 designated you to testify on its behalf
17 regarding employment benefits.  Are you
18 prepared to testify about that topic
19 today?
20     A.    Yes, I am.
21     Q.    Ms. Ruderman received health
22 insurance when she worked at the firm in
23 2018; right?
24     A.    Correct.
25           MR. HARTZBAND:  Alright.  I just

```
                                              Page 129
 1                    RASKIN
 2   was probably toward -- in November, toward
 3   the end of November.
 4       Q.    Other than Mr. Prakhin, did you
 5   speak with anybody else about
 6   Ms. Ruderman's vision impairment?  It's my
 7   understanding that it was more or less
 8   common knowledge around the office.
 9            MS. DONNELLY:  Objection.  You
10       can answer.
11       A.    I'm sure people heard rumors
12   about it, but, personally, I didn't speak
13   to any employees at that time.
14       Q.    Did you ever think about issuing
15   Ms. Ruderman some kind of written notice
16   to give you the medical records, since she
17   had the verbal conversations, didn't
18   result in her getting you what you wanted?
19            MS. DONNELLY:  Objection.  You
20       can answer.
21       A.    No, I didn't think of it.
22       Q.    When she was down in Florida,
23   did you ever remind her to make sure she
24   got you the doctor's note?
25       A.    No.  She never called me
```

Page 130

1          RASKIN
2  Florida.  I didn't even know if she was in
3  Florida or not.  She said she's going and
4  I believed her at that time, but that was
5  the end of it.
6       Q.    But now you think she was lying
7  about that?
8       A.    I'm not saying it.  I don't know
9  where she was.  You asked me if she
10 notified me from there.  She never called
11 me from Florida.
12      Q.    What I asked you, if you ever
13 reached out to her affirmatively if she
14 was in Florida with a doctor, certainly it
15 wouldn't have been a good time for her to
16 get you a doctor's note; right?  So I'm
17 asking, did you ever remind her, while she
18 was down there, to go get it for you?
19      A.    No, I didn't.  I think it's her
20 responsibility to bring the notes.  And if
21 she didn't bring us one from New York, so
22 why would I think that Florida note is
23 more important one?  I never thought about
24 it.
25      Q.    What about on any of the times

```
                                              Page 131
 1                    RASKIN
 2   you knew she was going to a doctor in New
 3   York, did you remind her at that time to
 4   go get you a doctor's note?
 5        A.    Of course when she was advising
 6   me when she has an appointment and she's
 7   going to go, I also mentioned that don't
 8   forget to bring the note or diagnosis, or
 9   some kind of a medical term, so we will
10   know what's going on with you."
11        Q.    Did you ever speak to her about
12   getting you a doctor's note over the
13   phone?
14        A.    I can't recall.  I don't
15   remember.
16        Q.    Did Ms. Ruderman ever inform you
17   that she would be out of the office to be
18   in a doctor's appointment, for example, by
19   calling you?
20        A.    Yes.
21        Q.    Did she call you on the office
22   phone?
23        A.    Probably.
24        Q.    Right.  Because Mr. Prakhin has
25   a strict pretty strict policy against
```

```
                                              Page 132
 1                     RASKIN
 2   personal cellphone use in the office;
 3   right?
 4        A.    Yes.
 5        Q.    And she ever text you to inform
 6   you that she'd be out of the office or in
 7   a doctor's appointment?
 8        A.    She mostly called me.
 9        Q.    And during any of those phone
10   conversations, did you tell her, "Hey,
11   make sure you get me that doctor's note,"
12   or something to that effect?
13        A.    Probably I did.  I can't recall
14   if it was verbal, in front of her, when
15   she was in the office, or on the phone.  I
16   don't remember.  But I was constantly
17   asking her about those notes, doctor's
18   notes.
19        Q.    And you would typically ask for
20   the doctor's notes around the time she was
21   seeing doctors; correct?
22        A.    Right.
23        Q.    And oftentimes she told you she
24   was out of the office seeing a doctor, by
25   calling in?
```