# EXHIBIT 10

**This document, Bates-stamped D10358, is an email which Defendants marked as "Confidential."**

**Accordingly, Plaintiff submits this document via hard copy pursuant to Individual Motion Practices of Judge Raymond J. Dearie Sections I.D & I.F.**