# EXHIBIT 12

**From:** Yelena Ruderman
**Sent:** Wednesday, December 12, 2018 11:35 AM
**To:** Gregory Nahas
**Subject:** FW: Fishman, Chana v. JIB Realty Holding Co.

Greg – can you input ebt notes please

**From:** Irene Gabo
**Sent:** Saturday, December 08, 2018 3:23 PM
**To:** Yelena Ruderman
**Subject:** Fishman, Chana v. JIB Realty Holding Co.

Ask Greg for ebt notes on this one. He wanted to implead joint industry board

Irene H. Gabo, Esq.
Law Office of Yuriy Prakhin, P.C.
1883 86th Street, 2nd floor
Brooklyn, NY 11214
Tel: 718-946-5099, ext. 503
Fax: 718-373-7614