# EXHIBIT 14

**From:** irene gabo <irenegabo@msn.com>
**Sent:** Friday, November 30, 2018 2:13 PM
**To:** IRENE RASKIN

Lena asked for my help in filling out disability forms as she cannot see. Do you have those for her?

D01566