# EXHIBIT 15

**517-Inbound-Optimum-6464726642-500.**
**Faruqi & Faruqi, LLP**
**November 11, 2020**
**Transcript by TransPerfect**

**EXT. 500:** Hello!

**646-472-6642:** Yura. It's Lena.

**EXT. 500:** Yes.

**646-472-6642:** You gave these documents to Raskin. Does that mean you've decided that you want me to leave on disability, or are we still deciding what to do?

**EXT. 500:** Well, when you arrive here, we'll talk. I gave them to her because she has all the documents, they're on my desk.

**646-472-6642:** Okay, it's just that I don't know whether I should file them or did we still not decide anyway?

**EXT. 500:** Is this something we have to do today, right now, over the phone?

**646-472-6642:** No! It's just I don't know whether you've made any decisions or what …

**EXT. 500:** For now my decision is you go take the EBT, then you come back and we'll continue.  But most likely we expect to file disability because I don't know any other way. We'll talk more when you get here. There's no rush. Okay?

**646-472-6642:** Okay. Good.