# EXHIBIT 16

Page 1

```
 1

 2   UNITED STATES DISTRICT COURT

     EASTERN DISTRICT OF NEW YORK

 3   Case No. 1:19-cv-2987

 4   - - - - - - - - - - - - - - - - - - - -x

 5   YELENA RUDERMAN,

 6                         Plaintiff,

 7           -against-

 8   LAW OFFICE OF YURIY PRAKHIN, P.C. and

     YURIY PRAKHIN, in both his individual

 9   and professional capacities,

10                         Defendants.

11   - - - - - - - - - - - - - - - - - - - -x

12

                     December 8, 2020

13                   10:08 a.m.

14

15       VIDEOCONFERENCE DEPOSITION of the

16   Defendants in the above-entitled action,

17   by ALEXANDER PUSACHEV, taken before Arthur

18   Hecht, a Shorthand Reporter and Notary

19   Public of the State of New York, pursuant

20   to the Federal Rules of Civil Procedure,

21   and stipulations between Counsel.

22

23              *      *      *

24

25
```

Page 107

1                           Pusachev
2      ever use Dragon or a dictation device
3      along the lines of what I described?
4           A.    I don't remember installing such
5      software for anybody, I don't remember.
6           Q.    Have you ever heard of a
7      computer program called JAWS, J-A-W-S?
8           A.    No.
9           Q.    No?
10          A.    First time hearing.
11          Q.    Yes.  Did you ever communicate
12     with Ms. Ruderman about installing any
13     kind of computer program on her work
14     computer?
15          A.    No.
16          Q.    Did you ever communicate with
17     anybody at the firm about installing or
18     potentially installing a computer program
19     on Ms. Ruderman's computer?
20          A.    I don't remember that.
21          Q.    Did Irene Raskin ever ask you to
22     increase the font size on Ms. Ruderman's
23     computer?
24          A.    I don't remember.
25          Q.    Do you recall ever in fact

```
 1                    Pusachev
 2  increasing the font size on Ms. Ruderman's
 3  computer?
 4       A.    I don't remember.  I don't
 5  remember doing so, so.
 6       Q.    Did you ever -- so you have no
 7  recollection of increasing the font size
 8  on Ms. Ruderman's computer?
 9       A.    I don't recall it, no.
10       Q.    Right.  And you have no
11  recollection of speaking to Ms. Raskin
12  about increasing the font size on Ms.
13  Ruderman's computer?
14       A.    I don't remember.
15       Q.    Did you ever communicate with
16  Ms. Ruderman about a device called OrCam?
17       A.    Can you repeat the device?
18       Q.    Sure, it's OrCam, O-R-C-A-M.
19  You've never heard of such a device?
20       A.    No, first I'm hearing that.
21       Q.    Have you ever heard of any kind
22  of glasses that are specifically designed
23  to assist the blind or people with severe
24  vision impairments?
25       A.    I don't recall it.  Probably
```