# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YELENA RUDERMAN,

      Plaintiff,

- against –

LAW OFFICE OF YURIY PRAKHIN, P.C., and YURIY PRAKHIN, ESQ., in his individual capacities.

      Defendants.

Case No. 19-CV-02987 (RJD)(RLM)

NOTICE OF SUBPOENA

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants, Law Office of Yuriy Prakhin, P.C, and Yuriy Prakhin, Esq., (collectively, "Defendants"), by and through their undersigned attorneys, intend to serve a Subpoena, in the forms attached hereto, on T-Mobile on January 12, 2021, or as soon thereafter as service may be effectuated, to produce documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material on January 29, 2021, at 5:00 p.m. at the offices of Putney, Twombly, Hall & Hirson, LLP, 521 Fifth Avenue, 10th Floor, New York, New York 10175.

Dated: New York, New York
   January 12, 2021

                **PUTNEY, TWOMBLY, HALL & HIRSON LLP**

       By:  /s/ MED
          Mary Ellen Donnelly
          521 Fifth Avenue
          New York, New York 10175
          (212) 682-0020
          mdonnely@putneylaw.com
          *Attorneys for Defendants*
          *Law Office of Yuriy Prakhin, P.C., and*
          *Yuriy Prakhin, Esq.*

**CERTIFICATE OF SERVICE**

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the foregoing Notice of Subpoena to be served via electronic mail (e-mail) on January 12, 2021 upon:

>Innessa M. Huot
>Alex J. Hartzband
>FARUQI & FARUQI, LLP
>685 Third Avenue, 26th Floor
>New York, New York 10017
>(212) 983-9330
>ihuot@faruqilaw.com
>ahartzband@faruqilaw.com
>*Attorneys for Plaintiff*



/s/ MED
Mary Ellen Donnelly

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Yelena Ruderman <br> *Plaintiff* <br> v. <br> Law Office of Yuriy Prakhin, P.C., and Yuriy Prakhin, Esq. <br> *Defendant* | Civil Action No. 19-CV-02987 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: T-Mobile - Subpoena Compliance Department
4 Sylvan Way, Parsippany, New Jersey 07054

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A attached.

| Place: Putney, Twombly, Hall & Hirson LLP <br> 521 Fifth Avenue, 10th Fl., New York, New York 10175 | Date and Time: <br> 1/29/2021 at 5:00 PM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*
OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Defendants__ Law Office of Yuriy Prakhin, P.C., & Yuriy Prakhin, Esq._____, who issues or requests this subpoena, are:
Mary Ellen Donnelly & Nicole E. Price, Putney, Twombly, Hall & Hirson LLP
521 Fifth Ave, New York, New York 10175, mdonnelly@putneylaw.com; nprice@putneylaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ATTACHMENT**

**Schedule A**

**Description of Documents or Electronically Stored Information to Produce**

Any and all documents, records, electronically stored information, or tangible things in your possession, custody, or control from June 1, 2018 through December 14, 2018 concerning or related to the telephone number(s) owned or associated with Yelena Ruderman (646-472-6642), including, but not limited to:

- Any information related to location-based services, GPS data, cell site data, and IP addresses;
- Any information related to the text messages or other instant messages sent or received;
- Any information related to the phone calls sent or received.