# EXHIBIT B

## Person Phone Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 01/15/2021 |
| **Database Last Updated:** | 02/04/2021 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 02/05/2021 |

### Address Information

| | |
|---|---|
| **Address:** | NEW YORK, NY 10016 |
| **County:** | NEW YORK |
| **Address Type:** | UNKNOWN |
| **Mail Deliverable:** | NO |

### Phone Information

| | |
|---|---|
| **Phone Number:** | 646-472-6642 |
| **Phone Type:** | LAND LINE |
| **Record Type:** | RESIDENTIAL |
| **First Reported:** | 07/21/2008 |
| **Last Reported:** | 12/18/2020 |
| **Original Service Provider:** | OMNIPOINT COMM NY |
| **Name:** | YELENA RUDERMAN |
| **Telephone Confidence Description:** | PRIVATE NUMBER VALIDATED WITHIN PAST 12-18 MONTHS |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**　　　© 2021 Thomson Reuters. No claim to original U.S. Government Works.

Free Phone Carrier Lookup

## Find service provider info for free

Please select a country and enter a phone number

🇺🇸 ▼ (646) 472-6642 ✓

Number *portability* aware.

Search

Carrier Name: **OMNIPOINT COMMUNICATIONS, INC.**
Wireless: **Yes**

## Premium services

Real time APIs, XML batch file upload and more...

**Carrier Information Services**
📱 [Carrier USA](#)
📱 [Carrier International](#)

**Data Verification Services**
✉️ [Verify Email](#)
🚚 [Verify Postal Address](#)
📞 [Verify Phone Number](#)

**Geolocation Services**
📍 [Locate IP](#)

**Fraud Detection Services**
🛡️ [Trust User Identity](#)

**Data Append Services**
📇 [Phone](#)
✉️ [Email](#)
👤 [Reverse Phone](#)
📇 [Reverse Email](#)
👤 [Profile Data](#)
✏️ [Name](#)
⚥ [Gender](#)

**Regulatory Services**
🚫 [Do-Not-Call USA](#)
🚫 [Do-Not-Call Canada](#)

**API**
📄 [Documentation](#)

**Video**
🎥 [Tutorials](#)

© 2012 - 2020 opentextingonline.com / [Privacy](#) /   

# M&A DEAL SUMMARY

## T-Mobile USA Acquires Omnipoint

On February 25, 2000, T-Mobile USA, Inc. acquired communications company Omnipoint Corp. from First Analysis, Argentum Capital Partners and Madison Dearborn Partners LLC

**Acquisition Highlights**

- This is T-Mobile USA's 1st transaction in the Communications sector.
- This is T-Mobile USA's 1st transaction in the United States.
- This is T-Mobile USA's 1st transaction in Washington.

### M&A DEAL SUMMARY

| | |
|---|---|
| Date | 2000-02-25 |
| Target | Omnipoint Corp. |
| Sector | Communications |
| Buyer(s) | T-Mobile USA, Inc. |
| Sellers(s) | First Analysis; Argentum Capital Partners; Madison Dearborn Partners LLC |
| Deal Type | Add-on Acquisition |

## TARGET

## BUYER(S) 1

| Buyer | Description |
|---|---|
| **T-Mobile USA, Inc.**<br>📍 Bellevue, Washington, United States<br><br>CATEGORY: Company<br>FOUNDED: 1994<br>SECTOR: Communications<br>EMPLOYEES: 52,000<br>REVENUE: 43.3B USD (2018) | T-Mobile USA, Inc. is a provider of wireless communications services, including voice, messaging and data to customers in the postpaid, prepaid, and wholesale markets. T-Mobile USA provides services, devices and accessories across its brands, T-Mobile and MetroPCS, through Company owned and operated retail stores, third |



T-Mobile office in Parsippany, New Jersey.

Case 1:19-cv-02987-CBA-LB   Document 63-3   Filed 03/26/21   Page 5 of 5 PageID #: 1890

## Omnipoint Corp.

 Bellevue, Washington, United States

Omnipoint Corporation was a leader in commercializing PCS and a leading developer and supplier of wireless communication technologies, products, and engineering services. As a pioneer in the industry, Omnipoint was on the forefront of developing and integrating advanced wireless technologies including GSM, GPRS packet data, EDGE, positioning, and Internet access.

party distributors and its websites. T-Mobile was founded in 1994 and is based in Bellevue, Washington.

| DEAL STATS | # |
| --- | --- |
| Overall | 2 of 9 |
| Sector (Communications) | 1 of 7 |
| Type (Add-on Acquisition) | 2 of 7 |
| State (Washington) | 1 of 1 |
| Country (United States) | 1 of 8 |
| Year (2000) | 1 of 1 |

**PREVIOUS DEAL**

| DATE | TARGET | DEAL |
| --- | --- | --- |
| 1999-01-01 | Niedermeyer GmbH<br> Vienna, Austria<br>The chain was founded in 1957 by Niedermeyer. After several years of… | Buy |

**FOLLOWING DEAL**

| DATE | TARGET |
| --- | --- |
| 2000-06-13 | Omnipoint Technologies, Inc.<br> Bellevue, Washington, United<br>Omnipoint Technologies, Inc. creat wireless data products based on G technology. |

### Search 148,655 Deals Now

**SEARCH BY**

- Buyer Type (PE or Strategic)
- Deal Size ($10M to $10B+)
- Sector (60 Sectors)
- Deal Type
- Geography
- & More

7-Day Free Trial, then $150/Month

## SELLER(S) 3

| SELLER | DESCRIPTION |
| --- | --- |
| **First Analysis**<br> Chicago, Illinois, United States<br> | First Analysis is a financial advisory and investment firm. First Analysis' private equity arm targets investments in growth companies at all stages of development. The Group looks for opportunities based primarily in the US and can commit up to |