# EXHIBIT E

| | |
|---|---|
| **From:** | Nicole E. Price |
| **To:** | Innessa M. Huot; Alex J. Hartzband |
| **Cc:** | Mary Ellen Donnelly |
| **Subject:** | Ruderman v. Law Office of Yuriy Prakhin - Subpoena |
| **Date:** | Friday, February 05, 2021 4:07:28 PM |

Good afternoon,

This morning we received a response from T-Mobile concerning Defendants' subpoena.  T-Mobile indicated that it is no longer the provider for Plaintiff's cellphone and the records we requested from 2018 are in the possession of AT&T.   As Defendants served their subpoena prior to the discovery deadline and have now been informed that another entity possesses these relevant and necessary records, Defendants are seeking to serve the same subpoena on AT&T.

Please advise if Plaintiff consents to the service of the same subpoena on AT&T.

Thank you,
Nicole

--
Nicole Elizabeth Price
**Putney, Twombly, Hall & Hirson LLP**
521 Fifth Avenue
New York, New York 10175
Phone: (212) 682-0020
Fax: (212) 682-9380
nprice@putneylaw.com

Notice: This e-mail message and any attachment to this e-mail message contain confidential information that may be protected by the attorney-client and/or attorney work product privileges.  If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (212) 682-0020 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Putney, Twombly, Hall & Hirson LLP.  Although Putney, Twombly, Hall & Hirson LLP attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses. This notice is automatically appended to each e-mail message leaving Putney, Twombly, Hall & Hirson LLP.