# EXHIBIT F

| | |
|---|---|
| **From:** | Innessa M. Huot |
| **To:** | Nicole E. Price; Alex J. Hartzband |
| **Cc:** | Mary Ellen Donnelly |
| **Subject:** | RE: Ruderman v. Law Office of Yuriy Prakhin - Subpoena |
| **Date:** | Thursday, February 11, 2021 5:57:20 PM |

Hi Nicole, on February 8th we requested a copy of the correspondence you received from T-Mobile regarding possession of Plaintiff's records being transferred to AT&T. We need to review this correspondence and confer with the client about it before responding to your request. To date, you have not sent us this correspondence or any further information about your representation regarding T-Mobile's response to Defendants' subpoena.

We have contacted T-Mobile's legal department who, upon reviewing Plaintiff's file, adamantly denied sending any such communication or making any such representation. T-Mobile stated unequivocally that this information is false and that no records were ever transferred to AT&T. As such, T-Mobile requested that we send them a copy of the communication you referenced so that they can investigate the same. We need to understand exactly what information T-Mobile provided in response to the subpoena before deciding our position on Defendants' proposed subpoena of AT&T. If you send us the communication, we can review, consult with Ms. Ruderman, and provide our position in short order.

Please send us the communication you received from T-Mobile and we'll get back to you with our position as soon as possible.

Thank you,
Innessa