# EXHIBIT I

| | |
|---|---|
| **From:** | Nicole E. Price |
| **To:** | Innessa M. Huot; Alex J. Hartzband |
| **Cc:** | Mary Ellen Donnelly |
| **Subject:** | Re: Ruderman v. Law Office of Yuriy Prakhin et al |
| **Date:** | Monday, March 08, 2021 12:54:35 PM |

Innessa,

Defendants have provided information from Mr. Pusachev and repeatedly informed Plaintiff that his search of the IM messages was conducted according to the ESI Protocol. Moreover, Defendants have identified examples of messages which contain terms from the ESI Protocol. Defendants have also demonstrated that the messages were retrieved from multiple custodians. Accordingly, this issue should be resolved. Since Plaintiff is requesting this information and Defendants provided Plaintiff with all relevant information to resolve this issue, Plaintiff should draft the status report. Please provide us with a copy to review no later than 4pm today.

We are disappointed that Plaintiff has chosen not to work with Defendants on the subpoena issue, which could easily be resolved between the parties. Since Plaintiff has not produced any records from her cell phone, this subpoena would help both parties in obtaining information relevant to the claims and defenses in this litigation. We strongly urge Plaintiff to reconsider her position so the Court does not have to be involved in yet another unnecessary discovery dispute.

We will respond regarding the other discovery issues as soon as practicable.

--
Nicole Elizabeth Price
**Putney, Twombly, Hall & Hirson LLP**
521 Fifth Avenue
New York, New York 10175
Phone: (212) 682-0020 ext. 205
DD: (212) 682-5433
nprice@putneylaw.com

Notice: This e-mail message and any attachment to this e-mail message contain confidential information that may be protected by the attorney-client and/or attorney work product privileges. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (212) 682-0020 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Putney, Twombly, Hall & Hirson LLP. Although Putney, Twombly, Hall & Hirson LLP attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses. This notice is automatically appended to each e-mail message leaving Putney, Twombly, Hall & Hirson LLP.