# EXHIBIT H

## Person Phone Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 01/15/2021 |
| **Database Last Updated:** | 02/04/2021 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 02/05/2021 |

### Address Information

| | |
|---|---|
| **Address:** | NEW YORK, NY 10016 |
| **County:** | NEW YORK |
| **Address Type:** | UNKNOWN |
| **Mail Deliverable:** | NO |

### Phone Information

| | |
|---|---|
| **Phone Number:** | 646-472-6642 |
| **Phone Type:** | LAND LINE |
| **Record Type:** | RESIDENTIAL |
| **First Reported:** | 07/21/2008 |
| **Last Reported:** | 12/18/2020 |
| **Original Service Provider:** | OMNIPOINT COMM NY |
| **Name:** | YELENA RUDERMAN |
| **Telephone** | PRIVATE NUMBER |
| **Confidence** | VALIDATED WITHIN |
| **Description:** | PAST 12-18 MONTHS |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*