# EXHIBIT J

**Page 1**

```
 1
 2    UNITED STATES DISTRICT COURT
 3    EASTERN DISTRICT OF NEW YORK
 4    INDEX NO:  1:19-cv-2987
 5    - - - - - - - - - - - - - X
 6    YELENA RUDERMAN,
 7                        Plaintiff,
 8         -against-
 9    LAW OFFICE OF YURIY PRAKHIN,
10    PC, and YURIY PRAKHIN, in both
11    his individual and professional
12    capacities,
13                        Defendants.
14    - - - - - - - - - - - - - X
15                        Virtual Deposition
                          New York, New York
16
                          October 15, 2020
17                        10:25 a.m.
18
19         DEPOSITION of YURIY PRAKHIN, the
20    Defendant, by the Plaintiff, in the
21    above-entitled action, held at the above
22    time and place, pursuant to Order, via
23    Virtual Zoom, taken before Tracie Shand, a
24    shorthand reporter and Notary Public
25    within and for the State of New York.
```

```
                                              Page 165
 1                  Yuriy Prakhin
 2       She needs to work with the cases.  More
 3       important part, which we agreed upon, was
 4       she needs to settle cases.  Because the
 5       revenue of the office come from cases
 6       which are settled.
 7                 Also, we discuss the issue that
 8       all the phone calls from the clients
 9       should be returned timely.  Basically,
10       that was the conversation about.
11           Q.    Did you tell her that she would
12       be expected to take depositions?
13           A.    Yes.
14           Q.    Did you tell her that she would
15       be expected to handle court appearances?
16           A.    Yes.
17           Q.    Did you tell her she would be
18       expected to handle mediations?
19           A.    Yes.
20           Q.    Did you tell her she would be
21       expected to visit her clients?
22           A.    No.  She is not expected to
23       visit the clients, no.  That's not her
24       duty.
25           Q.    Whose duty is that?
```

Page 303

1      Yuriy Prakhin
2      Q.    You looked through her payroll
3  records and you determined which days she
4  was out and which days she was out for a
5  medical reason and which days she was not?
6      A.    Well, on the documents which I
7  used and Irene Raskin used it is the
8  document I just mentioned, yes.
9      Q.    You mentioned, I think, you
10 called it a punching machine?
11           What is the device that the
12 attorneys use to generate this record
13 that's in front of you?
14     A.    The punching machine which you
15 are submitting me right now as an Exhibit,
16 this is a machine that we use mostly for
17 paralegals, not for attorneys.  But
18 attorneys use this punch-in machine as
19 well, but, however, it not reflect the
20 real hours they work.
21           For example, if the attorney
22 started day in court, it couldn't be
23 reflected in this punch-in machine.
24 Therefore, I did not rely on this
25 timesheet during my calculation.