# EXHIBIT L

**324-Internal-500-502.**
**Faruqi & Faruqi, LLP**
**November 11, 2020**
**Transcript by TransPerfect**

**EXT. 502:** Yes Yura.

**EXT. 500:** Tell me please, where? Where, where, where, where, where? Where is Lena Ruderman?

**EXT. 502:** She's gone to see the doctor. She had a 2 o'clock appointment with the doctor.

**EXT. 500:** Okay, Bye!