# EXHIBIT M

334-Internal-500-502.
Faruqi & Faruqi, LLP
November 11, 2020
Transcript by TransPerfect

**EXT. 502:** Yes Yura.

**EXT. 500:** What's going on there with Lena?

**EXT. 502:** Lena's dad had a stroke yesterday. He took her for an MRI, she's with him in the hospital. She said she today and tomorrow she's not coming in.

**EXT. 500:** Oh, she's still with him at the hospital?

**EXT. 502:** Well, she's got her own appointments there today and tomorrow. He's in the same hospital. In that NYU – in short – she's out until Monday.

**EXT. 500:** Well, okay then. That's fine.

**EXT. 502:** Bye!