# EXHIBIT N

**377-Internal-500-502.**
**Faruqi & Faruqi, LLP**
**November 11, 2020**
**Transcript by TransPerfect**

**EXT. 502:**  Yes Yura.

**EXT. 500:**  Tell me, what's going on with Lena? Did she call, did she not call? What's going on?

**EXT. 502:**  Well, she's doing some kind of IV. She said maybe this week she's be back in. Like three days ago when I showed you her text.

**EXT. 500:**  Right. I did see that.

**EXT. 502:**  Yes. But today, nothing. Do you want me to write to her?

**EXT. 500:**  Well screw today, but she needs to at least keep herself informed or I'm going to have to start looking … well actually, I'm already looking.

**EXT. 502:**  Okay. I'll write to her now.

**EXT. 500:**  Well, ask her how she is.

**EXT. 502:**  Yes. Of course. Understood.