# EXHIBIT O

**432-Internal-500-502.**
**Faruqi & Faruqi, LLP**
**November 11, 2020**
**Transcript by TransPerfect**

**EXT. 502:** Yes Yura.

**EXT. 500:** So where's Lena today? At the doctor's again?

**EXT. 502:** No. She's already been at the EBT, she finished that 4:30. There are a lot of those… that's Burieva, remember there are three defense attorneys.

**EXT. 500:** Ahh. Uh-huh. Okay.

**EXT. 502:** Then she couldn't find her Uber car. She calls me crying.

**EXT. 500:** Crying again?

**EXT. 502:** Yes. She didn't see it, the Uber arrived, but she couldn't see where the Uber was standing. Then some girl walked out of court and helped her into another car.

**EXT. 500:** Ayy-yai-yai.

**EXT. 502:** Uh-huh.

**EXT. 500:** I really feel pity for her.

**EXT. 502:** Yes, a pity. And tomorrow she's going to some other doctor again.

**EXT. 500:** Shit … well ok.

**EXT. 502:** Yep. Okay. Bye.