# EXHIBIT P

**436-Internal-500-502.**
**Faruqi & Faruqi, LLP**
**November 11, 2020**
**Transcript by TransPerfect**

**EXT. 502:**  Yes Yura.

**EXT. 500:**  Tell me, where's Lena today?

**EXT. 502:**  Lena's at the doctor's in the morning. Then she said she'll be in.

**EXT. 500:**  Okay. Alright.

**EXT. 502:**  Uh-huh.