# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**YELENA RUDERMAN,**

                    **Plaintiff,**

- against -

**LAW OFFICE OF YURIY PRAKHIN, P.C., and YURIY PRAKHIN, ESQ.** *in both his individual and professional capacities*,

                    **Defendants.**

Case No. 19-cv-02987 (RJD) (RLM)

**AFFIDAVIT**

---

**STATE OF NEW YORK** )
                          ) ss:
**COUNTY OF KINGS** )

**NATALIA GENERALOVA**, being duly sworn, deposes and says:

I have been a client of the Law Office of Yuriy Prakhin since January 2017 after I sustained severe burns and had to have numerous surgeries. Additionally, I am still treating for the severe injuries I have sustained from my accident. Since the beginning, my case was handled by Yuriy Prakhin's associate, Irene Gabo. She was in constant contact with me, requesting updated medical treatment, discussing my case and kept me calm as I was very emotional and physically scarred due to my injuries. Ms. Gabo was very attentive to me and my case. The latter part of 2018, Ms. Gabo left Prakhin's office and another associate, Yelena Ruderman was assigned to my case. This attorney never called me, never called me back, and never responded to my messages. At all times I had to communicate with her paralegal Patricia. I complained to Mr. Prakhin about that and since then he personally communicates with me at all the time.

This affidavit does not contain any confidential communications I had with any attorneys at the Law Office of Yuriy Prakhin. By making this affidavit, I do not intend to waive the

attorney/client privilege with respect to any confidential communications I had with my attorneys about the claim they were handling for me.

_____
NATALIA GENERALOVA

Sworn before me on this 6th day of May, 2021

_____
Notary Public
PATRICIA BELOUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BE6183934
Qualified in Kings County
My Commission Expires 03-24-2024