# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YELENA RUDERMAN,

                        Plaintiff,                  Case No. 19-cv-02987 (RJD) (RLM)

- against -

LAW OFFICE OF YURIY PRAKHIN,                    AFFIDAVIT
P.C., and YURIY PRAKHIN, ESQ. *in both
his individual and professional capacities,*

                        Defendants.

STATE OF NEW YORK  )
                             ) ss:
COUNTY OF KINGS     )

      AZFAR KHAN, being duly sworn, deposes and says:

      I am a client of the Law Office of Yuriy Prakhin, P.C. I was injured as a result of an accident in March of 2018. As a result of my accident, I initiated a lawsuit with the help of the Yuriy Prakhin. Near the end of 2018, I was informed that an associate attorney, Yelena Ruderman, would be assigned to my case and would help me with any questions and/or updates. Although generally the law office staff is very polite and helpful, my experience with Ms. Ruderman was awful and frustrating. For the next several months, I was trying to communicate with her because I had a lot of questions. I left around ten messages for her with no response. I was only able to speak with her once and it was not a good experience. She was rude, unprofessional and knew nothing about my case. I was happy when my case was transferred to another associate.

      This affidavit does not contain any confidential communications I had with any attorneys at the Law Office of Yuriy Prakhin. By making this affidavit, I do not intend to waive the attorney/client privilege with respect to any confidential communications I had with my attorneys

about the claim they were handling for me.

_____
AZFAR KHAN

Sworn before me on this 9th day of May, 2021

_____
Notary Public

KATHLEEN CLAUS
Notary Public, State of New York
No. 01CL6145892
Qualified in Nassau County
Commission Expires May 15, 2022