# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

YELENA RUDERMAN,

                Plaintiff,

- against -

LAW OFFICE OF YURIY PRAKHIN, P.C., and YURIY PRAKHIN, ESQ. *in both his individual and professional capacities*,

                Defendants.

Case No. 19-cv-02987 (RJD) (RLM)

**AFFIDAVIT**

---

**STATE OF NEW YORK** )
                          ) ss:
**COUNTY OF KINGS** )

      **VITALIY LYUTYK**, being duly sworn, deposes and says:

      I have been a client of the Law Office of Yuriy Prakhin, P.C. since November 2016. My case is still pending. I have never had any problems or issues dealing with the office staff. They are always polite and professional. The only bad experience I had with this office was in 2018 when my case was handled by Yelena Ruderman. She was unreachable not to mention that she never called me with an update or inquired about my health and/or medical treatment, even though I had sustained severe trauma. Only one time I managed to speak with her. My conversation was short and unpleasant. She was rude and obnoxious and had no knowledge of my case. My impression was that I owed her something. I immediately called Yuriy Prakhin and complained. He is a good attorney, very personable and caring. He understood me and the issues I was having. He ended my contact with this rude, non-responsive attorney, Ms. Ruderman. Later on, my case was reassigned. I feel that if any clients were still with Ms. Ruderman, the office would lose many clients. If she continued to work on my case, I would have retained a new attorney.

This affidavit does not contain any confidential communications I had with any attorneys at the Law Office of Yuriy Prakhin. By making this affidavit, I do not intend to waive the attorney/client privilege with respect to any confidential communications I had with my attorneys about the claim they were handling for me.

_____
VITALIY LYUTYK

Sworn before me on this 6th day of May, 2021

_____
Notary Public

PATRICIA BELOUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BE6183934
Qualified in Kings County
My Commission Expires 03-24-2024