# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YELENA RUDERMAN,

            Plaintiff,

- against -

LAW OFFICE OF YURIY PRAKHIN, P.C., and YURIY PRAKHIN, ESQ. *in both his individual and professional capacities*,

            Defendants.

Case No. 19-cv-02987 (RJD) (RLM)

**AFFIDAVIT**

---

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF KINGS    )

**LAURA SHVARTS**, being duly sworn, deposes and says:

I was a client of the Law Office of Yuriy Prakhin, P.C. two (2) times. Both of my cases were successfully settled. My second accident occurred on April 25, 2016. During the second half of 2018, my caseworker was attorney Yelena Ruderman. Unlike Irene Gabo, who was my prior caseworker attorney, she never called and never responded to my calls. I was not even able to make an appointment with her. I complained about that to Yuriy Prakhin and gladly never dealt with Ms. Ruderman thereafter. She was not a good contribution to the reputation of this otherwise great office.

This affidavit does not contain any confidential communications I had with any attorneys at the Law Office of Yuriy Prakhin. By making this affidavit, I do not intend to waive the attorney/client privilege with respect to any confidential communications I had with my attorneys

about the claim they were handling for me.

_____
LAURA SHVARTS

Sworn before me on this 6th day
of May, 2021

_____
Notary Public

PATRICIA BELOUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BE6183934
Qualified in Kings County
My Commission Expires 03-24-2024