# EXHIBIT 5

```
  To: Yuriy Prakhin[yplaw] (YP-PC/192.168.2.122)
  To: irene[irene] (IRENE01/192.168.2.107)
  To: steve[steve-<669057bcfb1dc80a>] (STEVE-PC/192.168.2.100)
    at Fri Jun 29 11:07:18 2018 (multi)
  ---------------------------------------
The rule of this office .

 You cannot use your cell  phone during the work hours, unless it is
emergency and you are out of your office space.!

  ====================================
  From: Yuriy Prakhin[yplaw] (YP-PC/192.168.2.122)
    at Fri Jun 29 11:07:18 2018 (multi)
  ---------------------------------------
The rule of this office .

 You cannot use your cell  phone during the work hours, unless it is
emergency and you are out of your office space.!

  ====================================
  From: Alla[Alla] (SAM/192.168.2.108)
    at Fri Jun 29 11:08:02 2018 (RSA)
  ---------------------------------------
>The rule of this office .
>
> You cannot use your cell  phone during the work hours, unless it is
emergency and you are out of your office space.!
wo

  ====================================
  From: Yelena[yelena] (OLGAP-PC/192.168.2.126)
    at Fri Jun 29 11:08:02 2018 (RSA)
  ---------------------------------------
>The rule of this office .
>
> You cannot use your cell  phone during the work hours, unless it is
emergency and you are out of your office space.!

Sorry, it actually was an emergency.  Wont happen again.

  ====================================
  From: Alla[Alla] (SAM/192.168.2.108)
    at Fri Jun 29 11:08:21 2018 (RSA)
  ---------------------------------------
ok no problem

  ====================================
  From: Alla[Alla] (SAM/192.168.2.108)
    at Fri Jun 29 12:25:57 2018 (RSA)
  ---------------------------------------
```

D01951