UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELENA RUDERMAN,<br><br>                      Plaintiff,<br><br>              v.<br><br>LAW OFFICE OF YURIY PRAKHIN, P.C. AND YURIY PRAKHIN, in both his individual and professional capacities,<br><br>                    Defendants. | Civil Action No.: 1:19-cv-2987-RJD-RLM |

## DECLARATION OF INNESSA M. HUOT

I, Innessa M. Huot, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner of the law firm of Faruqi & Faruqi, LLP. I represent Plaintiff Yelena Ruderman ("Plaintiff") and I submit this declaration in support of Plaintiff's Opposition to Defendants'[1] Motion for Summary Judgment. I have personal knowledge of the matters set forth herein based upon my active supervision and participation in all material aspects of this litigation.

2. On April 20, 2021, the Court denied Defendants' request and urged the parties to either resolve their dispute or set a date for trial.

3. As the Court explained: "The parties' letters regarding a possible summary judgment motion *strongly suggest that such a motion would be readily denied in light of the fundamental factual disputes that separate the parties.*"  (emphasis added).

4. Despite this, Defendants served Plaintiff with the instant motion on May 11, 2021.

5. Not a single document, recording, or correspondence has been produced to support Defendants' assertion that Defendants ever requested medical documentation from Plaintiff.

---

[1] "Defendants" are defined as Law Office of Yuriy Prakhin, P.C. (the "Firm") and Yuriy Prakhin ("Prakhin").

1

6. Despite Prakhin's deposition testimony where he stated that he sought to find an Associate to replace Plaintiff in June 2018 through September 2018 by placing job postings on www.Indeed.com and www.ZipRecruiter.com, Defendants did not produce any documents or evidence suggesting these job postings exist.

7. Defendants' cite to transcripts of audio recording throughout their Motion for Summary Judgement and accompanying Rule 56.1 Statement of Undisputed Material Facts (Defendants' Exhibits SS, UU); however, these transcripts were never produced to Plaintiff's counsel during discovery. Therefore, Defendants' reliance on these exhibits in their motion and accompanying 56.1 statement is improper and these exhibits should be disregarded.

8. Not a single document, recording, or correspondence has been produced to support Defendants' assertion that they requested medical documentation from Plaintiff.

9. Plaintiff disputes that Prakhin or anyone else had ever spoken to her about any alleged poor performance and there are no records or any witnesses to corroborate any such alleged discussions about her "poor work performance."

10. Defendants never produced any documents reflecting the amount of fees from settlements that Gil Zohar negotiated.

11. Attached as Exhibit 1 is a true and correct copy of the transcript of Plaintiff's deposition and the Errata Sheet.

12. Attached as Exhibit 2 is a true and correct copy of transcript of Prakhin's deposition.

13. Attached as Exhibit 3 is a true and correct copy of the transcript of Prakhin's 30(b)(6) deposition, on behalf of the Firm.

14. Attached as Exhibit 4 is a true and correct copy of the transcript of Irene Gabo's deposition.

15. Attached as Exhibit 5 is a true and correct copy of the transcript of Irene Raskin's deposition.

16. Attached as Exhibit 6 is a true and correct copy of the transcript of Patricia Belous's deposition.

17. Attached as Exhibit 7 is a true and correct copy of the transcript of Erica Larssen's deposition.

18. Attached as Exhibit 8 is a true and correct copy of the transcript of Alexander Pusachev's deposition.

19. Attached as Exhibit 9 is a true and correct copy of Plaintiff's privilege log.

20. Attached as Exhibit 10 is a true and correct copy of portions of Defendants' document production bates-stamped D11975, D11964, D11974, D11981, D11984, and D11982.

21. Attached as Exhibit 11 is a true and correct copy of portions of Defendants' document production bates-stamped D00325, D00494, D00761, D00814, D00828, D01140, D01326, D01770, D01947, D01950, D1960-91, D03562, D07364, D07684, D08740, D08947, and D10061.

22. Attached as Exhibit 12 is a true and correct copy of Defendants' Responses to Plaintiff's First Set of Interrogatories.

23. Attached as Exhibit 13 is a true and correct copy of portions of Defendants' document production bates-stamped D11941, D11927, and D11923-24.

24. Attached as Exhibit 14 is a true and correct copy of portions of Defendants' document production bates-stamped D11839-47, D11862-69, D11870-72, D11879-84, D11885-88, and D11891-902.

25. Attached as Exhibit 15 is a true and correct copy of portions of Defendants' document production bates-stamped D13052-56.

26. Attached as Exhibit 16 is a true and correct copy of portions of Defendants' document production bates-stamped D00353-54, D01440-41, D01975, D01980, D02066, D02069, and D05582.

27. Attached as Exhibit 17 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001479.

28. Attached as Exhibit 18 is a true and correct copy of portions of Defendants' document production bates-stamped D00353, D01299, D01414, D01415, D01417-18, D01505, and a portion of Plaintiff's document production bates-stamped PLAINTIFF 001664.

29. Attached as Exhibit 19 is a true and correct copy of a portion of Defendants' document production bates-stamped D01951.

30. Attached as Exhibit 20 is a true and correct copy of portions of Defendants' document production bates-stamped D00104, D00359, D05679, D03867, D01191, D01409, D01457, D01460, D01477-78, D01496, D01503, D01505, D01512, D01527, D01542, D05679, D01628, D01715, D01726, D01690-91, D03774, D05009, D05679, D07791, D07794, D07814, D08142, D08281, and D09559.

31. Attached as Exhibit 21 is a true and correct copy of portions of Defendants' document production bates-stamped D05220-21, and D05229-30.

32. Attached as Exhibit 22 is a true and correct copy of the Affidavit of Irene Raskin.

33. Attached as Exhibit 23 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001538-39.

34. Attached as Exhibit 24 is a true and correct copy of a portion of Defendants' document production bates-stamped D014867.

35. Attached as Exhibit 25 is a true and correct copy of a portion of Defendants' document production bates-stamped D00725.

36. Attached as Exhibit 26 is a true and correct copy of portions of Defendants' document production bates-stamped D01323, D01600, D01702, D01732, D01793, D01802, D01953, D01960, D03656-57, D04100, and D08338.

37. Attached as Exhibit 27 is a true and correct copy of a portion of Defendants' document production bates-stamped D001600.

38. Attached as Exhibit 28 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001059.

39. Attached as Exhibit 29 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001429.

40. Attached as Exhibit 30 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001477.

41. Attached as Exhibit 31 is a true and correct copy of portions of Defendants' document production bates-stamped D00001, D00833, D00855, D07456, D01546-47, D07652, D01608-10, D01299, D01449, D03718, and D07423.

42. Attached as Exhibit 32 is a true and correct copy of a portion of Defendants' document production bates-stamped D013661.

43. Attached as Exhibit 33 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001082, and PLAINTIFF 001089 and portions of Defendants' document production bates-stamped D01982, D03812, D01720, D01759-60, and D01779.

44. Attached as Exhibit 34 is a true and correct copy of portions of Defendants' document production bates-stamped D00017, D00855, D01553, and D01567.

45. Attached as Exhibit 35 is a true and correct copy of portions of Defendants' document production bates-stamped D01816, D10969; D09622-23, D01546-47, D01204, D01203, D01409, and D06441 and portions of Plaintiff's document production bates-stamped PLAINTIFF 001473-74.

46. Attached as Exhibit 36 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001473-74.

47. Attached as Exhibit 37 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001466-67.

48. Attached as Exhibit 38 is a true and correct copy of Exhibit 16 to the Prakhin Deposition.

49. Attached as Exhibit 39 is a true and correct copy of the transcript of Tatyana Bianco's Deposition.

50. Attached as Exhibit 40 is a true and correct copy of a portion of Defendants' document production bates-stamped D01679 and a portion of Plaintiff's document production bates-stamped PLAINTIFF 001390.

51. Attached as Exhibit 41 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001405-15.

52. Attached as Exhibit 42 is a true and correct copy of a portion of Defendants' document production bates-stamped D07450.

53. Attached as Exhibit 43 is a true and correct copy of portions of Defendants' document production bates-stamped D01311, D01948, D05714, D10358, D011069

54. Attached as Exhibit 44 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001410-12.

55. Attached as Exhibit 45 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001383.

56. Attached as Exhibit 46 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001396.

57. Attached as Exhibit 47 is a true and correct copy of portions of Defendants' document production bates-stamped D01951, D00353, D01299, D01414, D01415, D01417-18, and D01505, and portions of Plaintiff's document production bates-stamped PLAINTIFF 001664, and PLAINTIFF 001436.

58. Attached as Exhibit 48 is a true and correct copy of a portion of Defendants' document production bates-stamped D014546.

59. Attached as Exhibit 49 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 000603-651.

60. Attached as Exhibit 50 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 000315, PLAINTIFF 000348-49, PLAINTIFF 000518-19, PLAINTIFF 000664-71, and PLAINTIFF 000684-85, and a portion of Defendants' document production bates-stamped D01678.

61. Attached as Exhibit 51 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001478.

62. Attached as Exhibit 52 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001481.

63. Attached as Exhibit 53 is a true and correct copy of Plaintiff's document production bates-stamped PLAINTIFF 001476, PLAINTIFF 001479, PLAINTIFF 001480, PLAINTIFF 001475, PLAINTIFF 001658, and PLAINTIFF 001477, and a portion of Defendants' document production bates-stamped D01679.

64. Attached as Exhibit 54 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 000015-32 and portions of Defendants' document production bates-stamped D014913-14921, D014918, D014922-14933, and D14930.

65. Attached as Exhibit 55 is a true and correct copy of portions of Defendants' document production bates-stamped D13053-54.

66. Attached as Exhibit 56 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001433-35.

67. Attached as Exhibit 57 is a true and correct copy of a portion of Defendants' document production bates-stamped D01566.

68. Attached as Exhibit 58 is a true and correct copy of portions of Defendants' document production bates-stamped D14882-90.

69. Attached as Exhibit 59 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001428-36.

70. Attached as Exhibit 60 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 000057-58, PLAINTIFF 000060-61, PLAINTIFF 000062-63, and PLAINTIFF 000053.

71. Attached as Exhibit 61 is a true and correct copy of portions of Plaintiff's document production bates-stamped PLAINTIFF 001482.

72. Attached as Exhibit 62 is a true and correct copy of a portion of Plaintiff's document production bates-stamped PLAINTIFF 001260-97.

73. Attached as Exhibit 63 is a true and correct copy of Declaration of Steven Korytny.

74. Attached as Exhibit 64 is a true and correct copy of Declaration of Nicholas Serlin.

75. Attached as Exhibit 65 is a true and correct copy of portions of Defendants' document production bates-stamped D13119-28.

Dated: July 6, 2021
       New York, New York

Innessa M. Huot