

NEW YORK       CALIFORNIA       DELAWARE       GEORGIA       PENNSYLVANIA

August 13, 2021

**VIA EMAIL & FEDERAL EXPRESS**

Mary Ellen Donnelly
BOND SCHOENECK & KING PLLC
600 Third Avenue, 22nd Floor
New York, NY 10016

Re: <u>Ruderman v. Law Office of Yuriy Prakhin, P.C., et al.</u>, No. 1:19-cv-02987(RJD)(RLM)

Dear Ms. Donnelly:

We represent Plaintiff Yelena Ruderman ("Plaintiff").

Attached please find the following documents:

1) Plaintiff's Notice of Motion for Sanctions Against Defendants and Their Counsel;
2) Memorandum of Law in Support of Plaintiff's Motion for Sanctions Against Defendants and Their Counsel; and
3) Declaration of Innessa M. Huot with Exhibits A-Z.

\*          \*          \*

Please let us know if you have any questions.

Sincerely,

Innessa M. Huot

Cc: Ellen Mulqueen (via ECF & U.S.P.S. First Class Mail)