

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

March 30, 2022

**VIA ECF**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Ruderman v. Law Office of Yuriy Prakhin, et al.*, No. 1:19-cv-02987-RJD-RLM

Dear Judge Dearie:

    We represent Plaintiff in the above-referenced action and write jointly with Defendants, pursuant to Section II(B) of Your Honor's Individual Motion Practices, to respectfully request a brief extension of the parties' April 1, 2022 deadline to file their Joint Pretrial Order ("JPTO"). *See* ECF No. 107.

    The parties are actively working on their JPTO but require additional time to meet-and-confer regarding the same before submitting it to the Court. Accordingly, the parties respectfully request that their deadline to file the JPTO be extended from April 1, 2022 to May 2, 2022. If granted, the extension requested herein should not affect any other deadlines.

    This is the parties' first request for an extension of this deadline.

    We thank the Court for its time and attention to this matter.

                              Respectfully submitted,

                              Innessa M. Huot

Cc:    Counsel of Record (*via* ECF)

685 THIRD AVENUE NEW YORK, NY 10017   PHONE: 212.983.9330   FAX: 212.983.9331   EMPLOYEERIGHTSCOUNSEL.COM   FARUQILAW.COM