UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELENA RUDERMAN,<br><br>                    Plaintiff,<br><br>- against -<br><br>LAW OFFICE OF YURIY PRAKHIN, P.C. and YURIY PRAKHIN in both his individual and professional capacities,<br><br>                    Defendants. | Case No. 19-cv-02987 (RJD) (RLM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that Louis P. DiLorenzo, Esq., a member of BOND Schoeneck & King, PLLC, being duly admitted to practice before this Court, hereby enters an appearance for Defendants, Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin (collectively "Defendants"), in the above-entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       May 2, 2022

                                        BOND, SCHOENECK & KING, PLLC

                                        _____/s/_____
                                        Louis P. DiLorenzo
                                        600 Third Avenue, 22nd Floor
                                        New York, New York 10016
                                        (646) 253-2300
                                        dilorel@bsk.com

                                        *Attorneys for Defendants*

14023512.1 5/2/2022