

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

**Alex J. Hartzband**
ahartzband@faruqilaw.com

May 27, 2022

<u>**VIA ECF**</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Ruderman v. Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin, Esq.*,
               No. 1:19-cv-02987-RJD-RLM

Dear Judge Dearie:

      We represent Plaintiff in the above-referenced action and write jointly with Defendants. Pursuant to the Court's May 13, 2022 Order (*see* ECF No. 111), the parties hereby respectfully submit their Joint Pretrial Order, a copy of which is enclosed herewith.

      In further compliance with the Court's May 13, 2022 Order, the parties also write to update the Court regarding the status of settlement negotiations. Pursuant to the Court's Order, Defendants' provided Plaintiff with a response to Plaintiff's settlement demand. However, the parties have not yet had an opportunity to engage in further discussions regarding resolution since Defendants' response was just provided. While Plaintiff has proposed that the parties participate in private mediation, Defendants do not believe that such exercise would be fruitful in reaching a resolution of this matter.

      We thank the Court for its time and attention to this matter.

                                       Respectfully submitted,

                                       Alex J. Hartzband

Cc:    Counsel of Record (*via* ECF)

Encl. (1)