

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MARY ELLEN DONNELLY**
mdonnelly@bsk.com
P: (646) 253-2392
F: (646) 253-2301

November 14, 2022

**VIA ELECTRONIC MAIL**
Innessa M. Huot
Faruqi & Faruqi, LLP
685 Third Avenue
New York, New York 10017

      Re:    Yelena Ruderman v. Law Office of Yuriy Prakhin, P.C., et al.
             E.D.N.Y. Case No. 19-cv-02987 (RJD) (RLM)

Dear Ms. Huot:

As you know, we represent Defendants, Law Office of Yuriy Prakhin (the "Firm") and Yuriy Prakhin, Esq. ("Mr. Prakhin") (collectively, "Defendants") in the above-referenced action. We are enclosing the following:

- Notice of Defendants' Motions *in Limine*;
- Declaration of Mallory A. Campbell, Esq.
- Exhibits A-P in support of Ms. Campbell's Declaration; and
- Memorandum of Law in Support of Defendants' Motions *in Limine*.

Thank you for your consideration.

Best regards,

BOND, SCHOENECK & KING, PLLC


_____/s/_____
Mary Ellen Donnelly
Member

Attorneys At Law | A Professional Limited Liability Company