**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YELENA RUDERMAN,<br><br>                    Plaintiff,<br><br>      v.<br><br>LAW OFFICE OF YURIY PRAKHIN, P.C.<br>and YURIY PRAKHIN, in both his individual<br>and professional capacities,<br><br>                  Defendants. | Civil Action No.: 1:19-cv-02987-CBA-RLM |

**PLAINTIFF'S NOTICE OF MOTIONS *IN LIMINE* NOS. 1-8**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Plaintiff Yelena Ruderman ("Plaintiff"), by and through her undersigned counsel, Faruqi & Faruqi, LLP will respectfully move this Court, pursuant to the Federal Rules of Evidence, for entry of an Order granting Plaintiff's Motions *In Limine* Numbers 1 through 8.

This motion is based on the accompanying Memoranda of Law in support hereof, the Omnibus Declaration of Innessa M. Huot and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Motions *In Limine* Numbers 1 through 8 in their entirety, together with such other and further relief as the Court deems just and proper.

Dated: November 14, 2022　　　　　　　　　　**FARUQI & FARUQI, LLP**
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Innessa M. Huot*
　　　　　　　　　　　　　　　　　　　　　　　　Innessa M. Huot
　　　　　　　　　　　　　　　　　　　　　　　　Alex J. Hartzband
　　　　　　　　　　　　　　　　　　　　　　　　Camilo M. Burr
　　　　　　　　　　　　　　　　　　　　　　　　Annabel R. Stanley

　　　　　　　　　　　　　　　　　　　　　　685 Third Avenue, 26th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-983-9330
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 212-983-9331
　　　　　　　　　　　　　　　　　　　　　　ihuot@faruqilaw.com
　　　　　　　　　　　　　　　　　　　　　　ahartzband@faruqilaw.com
　　　　　　　　　　　　　　　　　　　　　　cburr@faruqilaw.com
　　　　　　　　　　　　　　　　　　　　　　astanley@faruqilaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*