UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELENA RUDERMAN,<br><br>                            **Plaintiff,**<br><br>- against -<br><br>LAW OFFICE OF YURIY PRAKHIN, P.C., and YURIY PRAKHIN, ESQ. *in both his individual and professional capacities*,<br><br>                            **Defendants.** | **NOTICE OF MOTION**<br>**Case No. 19-cv-02987 (RJD) (RLM)** |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Mallory A. Campbell, Esq., dated November 14, 2022, with exhibits, and Memorandum of Law in Support of Defendants' Motions *in Limine*, Defendants Law Office of Yuriy Prakhin, P.C. (the "Firm") and Yuriy Prakhin, Esq. ("Mr. Prakhin") (collectively, "Defendants"), will move this Court before the Honorable Carol Bagley Amon, U.S.D.J., Courtroom 10D at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date to be determined by the Court, or as soon thereafter as counsel can be heard, for an Order granting Defendants' Motions *in Limine* in its entirety, along with such other and further relief the Court deems necessary.

Dated: November 14, 2022

BOND, SCHOENECK & KING, PLLC

By: /s/Mary Ellen Donnelly
Mary Ellen Donnelly, Esq.
Louis P. DiLorenzo, Esq.
Mallory A. Campbell, Esq.
*Attorneys for Defendants*
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
Telephone: (646) 253-2300
mdonnelly@bsk.com

TO: FARUQI & FARUQI, LLP
Innessa M. Huot
685 Third Avenue
New York, New York 10017