# Exhibit C

```
                                                                    1

                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK

   - - - - - - - - - - - - - - - - - X
                                     :
                                     :19CV2987 (CBA)
   YELENA RUDERMAN,                  :
                                     :
         Plaintiff,                  :
   v.                                :United States Courthouse
                                     :Brooklyn, New York
   LAW OFFICE OF YURIY PRAKHIN,      :
   P.C., and YURIY PRAKHIN, in       :
   both his individual               :December 19, 2022
   and professional capacities,      :2:00 p.m.
                                     :
         Defendants.                 :
   - - - - - - - - - - - - - - - - - X

       TRANSCRIPT OF CIVIL CAUSE FOR PRETRIAL CONFERENCE
              BEFORE THE HONORABLE CAROL B. AMON
                UNITED STATES DISTRICT JUDGE

                     A P P E A R A N C E S:

   FOR THE PLAINTIFF:     FARUQI & FARUQI, LLP
                             685 THIRD AVENUE, 26TH FLOOR
                             NEW YORK, NEW YORK 10017
                          BY:INNESSA M. HUOT, ESQ.
                             ALEX J. HARTZBAND, ESQ.

                          TILTON BELDNER LLP
                             626 RXR PLAZA
                             UNIONDALE, NY 11556
                          BY:JOSHUA BELDNER, ESQ.

   FOR THE DEFENDANTS:    BOND SCHOENECK & KING, PLLC
                             600 THIRD AVENUE, 22ND FLOOR
                             NEW YORK, NEW YORK 10016
                          BY:MARY ELLEN DONNELLY, ESQ.
                             LOUIS DILORENZO, ESQ.
                             MALLORY A. CAMPBELL, ESQ.


   Court Reporter:  SOPHIE NOLAN
                    225 Cadman Plaza East/Brooklyn, NY 11201
                    NolanEDNY@aol.com
   Proceedings recorded by mechanical stenography, transcript
   produced by Computer-Aided Transcription
```

```
                        Proceedings                        52
```

1  lying about that.
2          Is that going to be the defendants' position?
3          MS. DONNELLY:  We are not claiming she lied about
4  her applications.
5          THE COURT:  So I don't think we need to call those
6  witnesses.
7          MR. BELDNER:  Okay.  There is one more?
8          MS. HUOT:  Levitsky is good but Grossman is out.
9          MR. BELDNER:  Grossman is out.
10         THE COURT:  Manessis is out you said.  Sgouras is
11 out.  Guaneri is out.
12         MR. BELDNER:  Yes, sir.
13         THE COURT: Bogoraz is out.  Shalom is out.
14         MS. HUOT: Yes, sir.
15         THE COURT: Tanya Ruderman is out.
16         MS. HUOT:  Yes.
17         MR. BELDNER:  Yes.  There is one other witness
18 though, Your Honor, that we did not discuss, Peter Coates.
19         MS. HUOT:  He is number 13 on page eight.
20         THE COURT:  What is it that you want to -- because
21 I'm a little bit concerned about his testimony as a matter of
22 substance.  What is it that you expect him to testify to?
23         MR. BELDNER:  Well, Mr. Coates, and we acknowledge
24 he was not disclosed because we didn't know about him until
25 May of 2022, but Mr. Coates will testify that he was directed

Proceedings                                                              53

1    by Mr. Prakhin and his office manager, Ms. Raskin, to delete
2    our client's Saga entry notes.
3            And one of the reasons -- one of the primary reasons
4    for the termination being proffered by the defendants was our
5    client's lack of Saga notes.  And he will testify that he was
6    directed to delete her Saga notes and that when he said, no,
7    he observed other individuals, including the defendant -- an
8    individual listed in defendants' witness list, Mr. Pusachev go
9    in and manipulate Saga notes.
10           That's why his testimony is, we believe, crucial,
11   and we never had an opportunity to question Mr. Prakhin or
12   Ms. Raskin about this because this only came about after
13   summary judgment had been decided.  We assume and we will
14   question them at trial about this.  We assume they're going to
15   deny it and so Mr. Coates can certainly be offered to rebut or
16   impeach their testimony.
17           THE COURT:  But what about the firm's culture of
18   unethical conduct, discrimination and retaliation, what is
19   that about?
20           MR. BELDNER:  I don't believe that he would be
21   offering any kind of testimony regarding that.  His testimony
22   would be limited to what he directly observed with respect to
23   actions taken with respect to our client and Saga entries and
24   the management of the Saga entries.
25           THE COURT:  That's a pretty critical witness.  From,