# Exhibit D

| | |
|---|---|
| **From:** | Alex J. Hartzband <ahartzband@faruqilaw.com> |
| **Sent:** | Wednesday, October 26, 2022 10:55 AM |
| **To:** | Donnelly, Mary Ellen |
| **Cc:** | Innessa M. Huot; Campbell, Mallory |
| **Subject:** | RE: RE: |
| **Attachments:** | PLAINTIFF 001949-001956.pdf |

**External Email:** Use caution before clicking links or opening attachments.

Mary Ellen –

Apologies, I spoke to soon. We will have one additional exhibit (attached here). I thought we had produced this months ago, but I guess it slipped through the cracks.

Alex

**From:** Alex J. Hartzband
**Sent:** Wednesday, October 26, 2022 10:28 AM
**To:** Donnelly, Mary Ellen <mdonnelly@bsk.com>
**Cc:** Innessa M. Huot <ihuot@faruqilaw.com>; Campbell, Mallory <mcampbell@bsk.com>
**Subject:** RE: RE:

Our only changes will be to the objections.

**From:** Donnelly, Mary Ellen <mdonnelly@bsk.com>
**Sent:** Wednesday, October 26, 2022 10:12 AM
**To:** Alex J. Hartzband <ahartzband@faruqilaw.com>
**Cc:** Innessa M. Huot <ihuot@faruqilaw.com>; Campbell, Mallory <mcampbell@bsk.com>
**Subject:** Re: RE:

**CAUTION:** This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

You will have it today. Do you have any changes?

**From:** Alex J. Hartzband <ahartzband@faruqilaw.com>
**Sent:** Wednesday, October 26, 2022 9:43 AM
**To:** Donnelly, Mary Ellen <mdonnelly@bsk.com>
**Cc:** Innessa M. Huot <ihuot@faruqilaw.com>
**Subject:** RE: RE:

**External Email:** Use caution before clicking links or opening attachments.

Will you be sending us the revised JPTO this morning? It is due on Friday. Last time, we received the draft the day before the JPTO was due and I had hoped we would get a little more cooperation this go-around, but I'm starting to get

déjà vu here.  Happy to agree to an extension request if you need one, but we need to be given some time to put together our objections.

**From:** Donnelly, Mary Ellen <mdonnelly@bsk.com>
**Sent:** Tuesday, October 25, 2022 10:22 AM
**To:** Alex J. Hartzband <ahartzband@faruqilaw.com>
**Subject:** Re: RE:

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

Thanks!!!

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Alex J. Hartzband <ahartzband@faruqilaw.com>
**Sent:** Tuesday, October 25, 2022 10:18:46 AM
**To:** Donnelly, Mary Ellen <mdonnelly@bsk.com>
**Subject:** RE:

**External Email:** Use caution before clicking links or opening attachments.

Mary Ellen –

Please see attached, and make changes in redline so we can see which exhibits were removed.

Thanks,
Alex

**From:** Donnelly, Mary Ellen <mdonnelly@bsk.com>
**Sent:** Monday, October 24, 2022 8:26 PM
**To:** Alex J. Hartzband <ahartzband@faruqilaw.com>
**Subject:**

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

I am not changing many exhibits and those I am I am removing.

Could you send me the word version of the JPTO.  I only have the final PDF

Mary Ellen Donnelly
Member
Bond, Schoeneck & King  PLLC
600 Third Avenue, 22nd Floor

2

New York, NY 10016-1915
(646) 253-2392 Direct
mdonnelly@bsk.com

Pronouns: she/her/hers