AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____New York_____

Yelena Ruderman
                Plaintiff(s),

V.

Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhi
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-02987-CBA-LB

Notice is hereby given that, subject to approval by the court, __Yuriy Prakhin__ substitutes
                (Party (s) Name)

__Alan J. Rich, Esq.__ , State Bar No. __1980978__ as counsel of record in
(Name of New Attorney)

place of __Louis P. DiLorenzo, Mary Ellen Donnelly, Mallory Campbell__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:          Law Offices of Alan J. Rich, LLC
   Address:              560 Montgomery Street, Fl. 1, Brooklyn, NY 11225
   Telephone:         (646) 541-5675      Facsimile (212) 921-5554
   E-Mail (Optional):   ARich@Richlaw.us

I consent to the above substitution.
Date: _____
                                                      (Signature of Party (s))

I consent to being substituted.
Date:     1/30/2023                     Mallory Campbell    Digitally signed by Mallory Campbell
                                                                Date: 2023.01.28 13:19:13 -05'00'
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     1/30/2023
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____             _____
                                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____

_____ Plaintiff (s),

V.

_____ Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** _____

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____
Address: _____
Telephone: _____   Facsimile _____
E-Mail (Optional): _____

I consent to the above substitution.

Date: 1/30/2023

*Yuriy Prakhin*
(Signature of Party (s))

I consent to being substituted.

Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**