# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**MARY ELLEN DONNELLY**
mdonnelly@bsk.com
P: (646) 253-2392
F: (646) 253-2301

February 16, 2023

**VIA ELECTRONIC FILING**
Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

> *The defendants are directed to advise the Court of precisely what motion it wishes to file and under what FRCP. So Ordered [signature] 2/17/23*

Re: Yelena Ruderman v. Law Office of Yuriy Prakhin, P.C., et al.
E.D.N.Y. Case No. 19-cv-02987 (CBA) (LB)

Dear Judge Amon:

In accordance with Your Honor's Individual Rules and Practices, Defendant, Law Office of Yuriy Prakhin, P.C. (the "Firm" or "Defendant") by and through its attorneys, Bond, Schoeneck & King PLLC, respectfully requests an extension to submit their Post-Trial Motions.

After receiving the Jury Verdict, Your Honor requested that Defendants submit any post-trial motions by Monday, February 27 and that Plaintiff submit her response two weeks after Defendants' submission. This gives Defendants 11 days for their submissions and Plaintiff 14 days to respond. Upon reflection, the Federal Rules of Civil Procedure provide the parties with 28 days after entry of judgment to file any post-trial motions. [See F.R.C.P. 50(b) and 59(b)]. Accordingly, Defendant respectfully requests that they be provided with 28 days from entry of judgment to file its post-trial motions as provided in the Federal Rules of Civil Procedure, making the submissions due on March 16, 2023.

Thank you for your consideration.

Best regards,

BOND, SCHOENECK & KING, PLLC

_____/s/_____
Mary Ellen Donnelly
Member

CC: Via ECF
    Joshua Beldner, Esq.
    Innessa M. Huot, Esq.

15475039.2 2/17/2023

Attorneys At Law | A Professional Limited Liability Company