UNITED STATES DISTRICT COURT, EDNY
BEFORE: HON. CAROL BAGLEY AMON, USDJ           DATE: 2/16/23

                                                                                            TIME: 9:30a.m.-4:00p.m.

COURT REPORTER: Victoria Torres-Butler
LAW CLERK: Jin Niu
DEPUTY CLERK: T. Campbell

## CIVIL CAUSE FOR JURY TRIAL

DOCKET #: CV19-02987    CASE TITLE: Ruderman v. Law Office of Yuriy Prakhin, P.C. et al

FOR PLAINTIFF: Innessa Melamed Huot, Joshua S. Beldner, Camilo X Burr Di Mauro &

           Annabel Rae Stanley

FOR DEFENDANTS: Louis P. DiLorenzo, Mallory Campbell, Mary Ellen Donnelly & Alan J.

           Rich

- [✓] Case called.
- [✓] Counsel for all sides present.
- [ ] Jurors sworn.
- [ ] Trial commenced.
- [✓] Trial resumes.

- Defense summations cont'd.
- Plaintiff rebuttal.
- Charging conference held.
- Deliberations held and concluded.
- Verdict as follows: Jury finds in favor of the plaintiff and against the defendant Law Office of Yuriy Prakhin, P.C. on all counts. Jury finds in favor of the plaintiff and against the defendant Yuriy Prakhin only on count 3 and 5.
- Briefing schedule for post-verdict motions is as follows: Defendants shall file by February 27, 2023, and Plaintiff shall file any opposition by March 13, 2023.
- Trial concluded.