AO 450 (Rev. 11/11) Judgment in a Civil Action

Clerk's Office
Filed Date: 2/24/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Yelena Ruderman <br> *Plaintiff* <br> v. <br> Law Office of Yuriy Prakhin, P.C. et al. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. CV19-02987 (CBA) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Yelena Ruderman recover from the defendant *(name)* Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin the amount of one million seven hundred and thirty-five thousand dollars ($ 1,735,000 ), plus prejudgment interest at the rate of *** %, plus post judgment interest at the rate of *** % per annum, along with costs.
**\*\*\*See Appendix for prejudgment interest and post-judgment interest.**

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:


This action was *(check one)*:

☑ tried by a jury with Judge U.S.D.J. Carol Bagley Amon presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____


Date: 2/23/2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

YELENA RUDERMAN,

                Plaintiff,

-against-

LAW OFFICE OF YURIY PRAKHIN, P.C.,
and YURIY PRAKHIN, ESQ., in his
individual and professional capacities,

                Defendants.
-------------------------------------------------------x

**APPENDIX TO JUDGMENT**
19-cv-2987 (CBA) (LB)

**AMON, United States District Judge:**

Plaintiff Yelena Ruderman shall recover from the defendants, the Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin, the amount of one million seven hundred and thirty-five thousand dollars ($1,735,000), plus:

- (i) Prejudgment interest on back pay award of five hundred and thirty-five thousand dollars ($535,000), for the period from December 14, 2018 to the date of judgment, at the rate prescribed in 28 U.S.C. § 1961; and

- (ii) Post-judgment interest on the entirety of the award of one million seven hundred and thirty-five thousand dollars ($1,735,000) at the rate prescribed in 28 U.S.C. § 1961.

SO ORDERED.

Dated: February 23, 2023
       Brooklyn, New York

                                                                       Carol Bagley Amon
                                                                       United States District Judge