UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELENA RUDERMAN,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>LAW OFFICE OF YURIY PRAKHIN, P.C.<br>and YURIY PRAKHIN, in both his individual<br>and professional capacities,<br><br>　　　　　Defendant. | Case No.: 1: 19-cv-02987-CBA-LB |

## PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that Alex J. Hartzband of Faruqi & Faruqi, LLP, counsel of record for Plaintiff, respectfully requests permission to withdraw as counsel of record from the above-captioned action. Pursuant to Local Rule 1.4, the undersigned also submits a Declaration in support of this motion stating that my employment with Faruqi & Faruqi, LLP will end on June 16, 2023. Faruqi & Faruqi, LLP will continue its representation of Plaintiff in this matter, through remaining counsel of record Innessa M. Huot and Camilo M. Burr.

WHEREFORE, it is respectfully requested that the Court enter an Order withdrawing Alex J. Hartzband as counsel of record for Plaintiff in this matter and terminating his representation from the docket.

Dated: June 12, 2023　　　　　　　　　　　　　**FARUQI & FARUQI, LLP**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Alex J. Hartzband*
　　　　　　　　　　　　　　　　　　　　　　　　　　Innessa M. Huot
　　　　　　　　　　　　　　　　　　　　　　　　　　Alex J. Hartzband
　　　　　　　　　　　　　　　　　　　　　　　　　　Camilo M. Burr

　　　　　　　　　　　　　　　　　　　　　　　　　　685 Third Avenue, 26th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017

1

Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com
ahartzband@faruqilaw.com
cburr@faruqilaw.com

*Attorneys for Plaintiffs*