50 BRIGHTON 1ST ROAD
SUITE 1A
BROOKLYN, NEW YORK 11235
TEL: (646) 541-5675
EMAIL: ARICH@RICHLAW.US

**LAW OFFICES OF**
    **ALAN J. RICH, LLC**

February 26, 2024

VIA ELECTRONIC FILING
Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

        Re: Yelena Ruderman v. Law Office of Yuriy Prakhin, P.C., et al.
        E.D.N.Y. Case No. 19-cv-02987 (CBA) (LB)

Honorable Judge Amon:

    This office represents Defendant, Yuriy Prakhin, individually, in the above matter. I write pursuant to your Individual Motion Practices and Rules, Rule 3(D) to respectfully provide the Court notice of the filing of our motions pursuant to Fed. R. Civ. P., Rule 60, that we are filing same at this time, prior to the motion being fully briefed by all parties so as to not lose any right. To the degree such motions must be filed within one year of Judgment which was entered on February 24, 2023 [Doc.No. 220], that one year would ordinarily expire on February 24, 2024. However, inasmuch as this February 24, 2024 is a Saturday, the papers are due no later than Monday, February 26, 2024. Fed. R. Civ. P., Rule 6 (A)(2)(c) provides, "but if the last day [of the motion due date] is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Accordingly, we provide this Court with notice of such filing.

    I thank you for the Court's kind consideration of this matter.

        Yours truly,
        **LAW OFFICES OF ALAN J. RICH, LLC**

        /s/
        By: ALAN J. RICH