# EXHIBIT A

```
 1                       Ruderman
 2   March of 2020?
 3        A.    No.
 4              MS. DONNELLY:  Now is a good time to
 5   break.
 6              (A luncheon recess was taken from
 7   the record.)
 8        A F T E R N O O N   S E S S I O N:
 9        Q.    Other than this lawsuit against the
10   Prakhin Law Firm, have you ever been a party to a
11   lawsuit before either as a plaintiff or a
12   defendant?
13        A.    I've been a defendant in motor
14   vehicle accidents.
15        Q.    Accidents?
16        A.    Yeah.
17        Q.    Okay.
18              How many?
19        A.    Two.
20        Q.    Cases?
21        A.    Sorry.
22        Q.    Two.
23              And you were a defendant in both of
24   those?
25        A.    Yes.
```

```
 1                       Ruderman
 2        Q.    And what was the outcome of those
 3   cases?
 4        A.    One of them was dismissed.  They
 5   lost at trial and the other one is still pending.
 6        Q.    And I am assuming that they were
 7   based on car accidents that you were involved in?
 8        A.    Yes.
 9        Q.    Were you the driver of the car?
10        A.    Yes.
11        Q.    And when did these accidents occur?
12        A.    I don't recall.
13        Q.    Do you recall the years?
14        A.    Not of the one that went to trial.
15   The pending one, maybe 2017, 2016.  Something
16   like that.
17        Q.    So it has been pending for a while?
18        A.    Yes.
19        Q.    And the one that went to trial,
20   there was a verdict in your favor?
21        A.    Yes.
22        Q.    Other than the motor vehicle
23   accidents, any other litigation that you've been
24   involved in?
25        A.    Not that I'm aware of, no.
```