UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| **YELENA RUDERMAN,** | : | Civil Action No. 19-cv-02987 |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| **LAW OFFICE OF YURIY PRAKHIN, P.C.** and **YURIY PRAKHIN**, in both his individual and professional capacities, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the Complaint in this action is hereby dismissed with prejudice, and without costs to either party against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
          December 11, 2024

| | |
|---|---|
| **FARUQI & FARUQI, LLP** | **BOND, SCHOENECK & KING PLLC** |
| _[signature]_ | _[signature]_ |
| Innessa M. Huot, Esq. | Mary Ellen Donnelly, Esq. |
| 685 Third Avenue, 26th Floor | 600 Third Avenue 22nd floor |
| New York, New York 10017 | New York, New York 10016-1915 |
| (212) 983-9330 | T: 646.253.2300 |
| ihuot@faruqilaw.com | mdonnelly@bsk.com |
| | |
| _Attorneys for Plaintiff_ | _Attorneys for Defendants_ |